UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Bernstein-Burkley, P.C.
Keri P. Ebeck, Esquire
Bar No. 262092017
707 Grant Street, Suite 2200, Gulf Tower
Pittsburgh, PA 15219
(412) 456-8112

In Re:

JOHN WORTHY, and
GEORGINA WORTHY
                Debtors,

Case No.:        19-13736-JNP

Chapter:              13

Hearing Date:    1/14/2020

Judge:           Poslusny, Jr.

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled        ☐ Withdrawn

Matter: Doc # 25 Motion for Relief from Stay, filed by Keri P. Ebeck on behalf of Consumer Portfilio Services, is marked Settled with a Consent Order to be submitted

Date: January 9, 2020

/s/ Keri P. Ebeck
Signature

*rev.8/1/15*