Printed on: 01/02/2020  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2019 to 12/31/2019  
**Case Number: 19-13736 (JNP)**

John J. Worthy and Georgina Worthy  
217 Stirrup Lane  
Swedesboro, NJ  08085

Monthly Payment: $814.00  
Payments / Month: 1  
Current Trustee Comp.: 7.80%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 03/21/2019 | $800.00 | 04/24/2019 | $800.00 | 06/05/2019 | $814.00 | 07/16/2019 | $815.00 |
| 08/28/2019 | $400.00 | 09/20/2019 | $400.00 | 10/07/2019 | $1,087.50 | 11/04/2019 | $1,087.00 |
| 12/09/2019 | $1,087.50 | | | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | JOHN J. WORTHY | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | STACEY L. MULLEN, ESQUIRE | 13 | $4,250.00 | $4,250.00 | $0.00 | $4,250.00 |
| 1 | ABC BAIL BONDS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | AWL, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | ATLANTIC CITY ELECTRIC COMPANY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | CAPITAL ONE BANK USA, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | COMCAST | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | LVNV FUNDING, LLC | 33 | $1,017.40 | $0.00 | $1,017.40 | $0.00 |
| 7 | CONSUMER PORTFOLIO SERVICES | 24 | $1,077.93 | $160.93 | $917.00 | $95.23 |
| 8 | CREDIT ADJUSTMENTS, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | U.S. DEPARTMENT OF EDUCATION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $2,959.16 | $0.00 | $2,959.16 | $0.00 |
| 11 | GOLDEN VALLEY LENDING | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | GREEN TRUST CASH | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | KML LAW GROUP | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | LEXINGTON NATIONAL INS. CORP. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | MAKES CENTS, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | MIDLAND CREDIT MANAGEMENT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | MIDFIRST BANK | 24 | $13,364.52 | $1,995.24 | $11,369.28 | $1,180.73 |
| 18 | NEW JERSEY AMERICAN WATER | 33 | $227.46 | $0.00 | $227.46 | $0.00 |
| 19 | NISWI, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | BECKETT ASSOCIATION, INC. | 24 | $1,100.00 | $0.00 | $1,100.00 | $0.00 |
| 21 | PREMIER BANKCARD, LLC | 33 | $545.47 | $0.00 | $545.47 | $0.00 |
| 22 | REGIONAL ACCEPTANCE CORPORATION | 24 | $909.66 | $135.80 | $773.86 | $80.36 |
| 23 | SPOTLOAN C/O BLUE CHIP FINANCIAL | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | STATE OF NJ - DEPT. OF LABOR | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | U.S. DEPARTMENT OF HOUSING & URBAN | 24 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 27 | VERIZON BY AMERICAN INFOSOURCE | 33 | $888.74 | $0.00 | $888.74 | $0.00 |
| 28 | GEORGINA WORTHY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | Stacey L. Mullen | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31 | AMERICAN INFOSOURCE, LP | 33 | $959.29 | $0.00 | $959.29 | $0.00 |
| 32 | PREMIER BANKCARD, LLC | 33 | $745.44 | $0.00 | $745.44 | $0.00 |
| 33 | U.S. DEPARTMENT OF EDUCATION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 03/01/2019 | 1.00 | $0.00 |
| 04/01/2019 | Paid to Date | $1,600.00 |
| 05/01/2019 | 58.00 | $814.00 |
| 03/01/2024 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $7,291.00 |
| Total paid to creditors this period: | $5,606.32 |
| Undistributed Funds on Hand: | $164.22 |
| Arrearages: | $1,635.00 |
| Attorney: | STACEY L. MULLEN, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**