|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Stacey L. Mullen, Esquire<br>2091 N. Springdale Road - Suite 17<br>Cherry Hill, New Jersey, 08003<br>(856) 778-8677<br>Attorney for Debtor(s)<br>Stacey L. Mullen, Esquire (SLM-5588) | Order Filed on January 14, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>John and Georgina Worthy,<br><br>                       Debtor | Case No.: 19-13736 (JNP)<br><br>Chapter 13<br><br>Hearing Date:<br><br>Judge: Jerrold N. Poslusny, Jr. |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

    The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED**

**DATED: January 14, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Case No.  19-13736 (JNP)
Order Granting Supplemental Chapter 13 Fees
Page 2

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

ORDERED that Stacey L. Mullen, the applicant, is allowed a fee of $ 400.00   for services rendered and expenses in the amount of $ 0.00  for a total of $ 400.00  . The allowance shall be payable:

      XXXXX      through the Chapter 13 plan as an administrative priority.

                    outside the plan.

The debtor's monthly plan is modified to require a payment of $823.00  per month for  50  months to allow for payment of the aforesaid fee.

(Local Form 14 Rev. September 2002)

United States Bankruptcy Court
District of New Jersey

In re:                                                                                   Case No. 19-13736-JNP
John Worthy                                                                              Chapter 13
Georgina Worthy
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin               Page 1 of 1             Date Rcvd: Jan 14, 2020
                              Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 16, 2020.
db/jdb         +John Worthy,    Georgina Worthy,    217 Stirrup Road,    Logan Twp., NJ 08085-1440

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2020                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 14, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Keri P. Ebeck    on behalf of Creditor    Regional Acceptance Corporation kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Keri P. Ebeck    on behalf of Creditor    Consumer Portfolio Services, Inc. kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Kevin Gordon McDonald    on behalf of Creditor    MIDFIRST BANK kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Stacey L. Mullen    on behalf of Joint Debtor Georgina  Worthy slmullen@comcast.net
              Stacey L. Mullen    on behalf of Debtor John  Worthy slmullen@comcast.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9