UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Bernstein-Burkley, P.C.
Keri P. Ebeck, Esquire
Bar No. 262092017
707 Grant Street, Suite 2200, Gulf Tower
Pittsburgh, PA 15219
(412) 456-8112

In Re:

JOHN WORTHY, AND
GEORGINA WORTHY
              Debtor,

Case No.: 19-13736-JNP

Chapter: 13

Hearing Date: 02/04/2020

Judge: Poslusny

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

    ☒ Settled      ☐ Withdrawn

Matter: Doc # 29 Motion for Relief from Stay has been settled. A Consent Order will be submitted to Resolve the Motion for Relief from Stay

Date: January 27, 2020

/s/ Keri P. Ebeck
Signature

*rev.8/1/15*