UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Bernstein-Burkley, P.C.
Keri P. Ebeck, Esquire
Bar No. 262092017
707 Grant Street, Suite 2200, Gulf Tower
Pittsburgh, PA 15219
(412) 456-8112

In Re:

JOHN WORHTY, AND
GEORGINA WORTHY
           Debtors.

Case No.: 19-13736-JNP
Chapter: 13
Hearing Date: February 4, 2020
Judge: Poslusny, Jr.

## CERTIFICATION OF CONSENT REGARDING CONSENT ORDER

    I certify that with respect to the Consent Order Resolving the Motion for Relief dated 1/9/2020 submitted to the Court, the following conditions have been met:

(a)  The terms of the consent order are identical to those set forth in the original consent order;

(b)  The signatures represented by the /s/ _____ on the consent order reference the signatures of consenting parties obtained on the original consent order;

(c)  I will retain the original consent order for a period of 7 years from the date of closing of the case or adversary proceeding.

(d)  I will make the original consent order available for inspection on request of the Court or any party in interest; and

Final paragraph options:

☐ (e) *If submitting the consent order and this certification to the Court conventionally,* I acknowledge the signing of same for all purposes, including those under Fed. R. Bankr. P. 9011 (sign certification in pen and ink and the Court will scan);

☒ (e) *If submitting the consent order and this certification to the Court electronically via the presiding judge's e mail box, as a registered Participant of the Court's Case Management/ Electronic Files (CM/ECF) System*, I will simultaneously electronically file this certification with the Court, by use of my login and password, thereby signing same for all purposes including those under Fed. R. Bankr. P 9011 (sign certification with a /s/_____).

Date: February 4, 2020

/s/ Keri P. Ebeck
Signature of Attorney

*rev.8/1/15*