UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Stacey L. Mullen, Esquire
2091 N. Springdale Road
Suite 17
Cherry Hill, NJ 08003
(856) 778-8677
By: Stacey L. Mullen, Esquire (SM5598)

In Re:                                                                Case No.: ___19-13736
   John and Georgina Worthy,                          Judge: ____JNP
                                                   Chapter: 13

### CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION
### _X_ TO CREDITOR'S MOTION OR CERTIFICATION OF DEFAULT
### ___ TO TRUSTEE'S MOTION OR CERTIFICATION OF DEFAULT

The debtor in the above-captioned chapter 13 proceeding hereby objects to the following **(choose one)**:

1.    ___ Motion for Relief from the Automatic Stay filed by creditor _____. A hearing has been scheduled for _____ at ____ am

OR

___ Motion to Dismiss filed by the Standing Chapter 13 Trustee.
A hearing has been scheduled for __, at _____ am.

_X_ Certification of Default filed by creditor, MidFirst Bank
I am requesting a hearing be scheduled on this matter.

OR

___ Certification of Default filed by Standing Chapter 13 Trustee
I am requesting a hearing be scheduled on this matter.

I am objecting to the above for the following reasons **(choose one)**:

___ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached hereto.
___ Payments have not been made for the following reasons and debtor proposes

repayment as follows **(explain your answer)**:

    <u> X </u>  Other **(explain your answer)**: <u>Debtors can pay April payment in 10 days. Debtors would ask to pay arrears over 3 months commencing May 2020.</u>

    3. This certification is being made in an effort to resolve the issues raised by the creditor in its motion.

    4. I certify the above facts to be true. I am aware that if the above facts are willfully false, I am subject to punishment.

Date:<u> 04/03/20</u>                        <u>/s/ John Worthy</u>
                                          Debtor's Signature

Date:<u> 04/03/20</u>                        <u>/s/ Georgina Worthy</u>
                                          Debtor's Signature

**NOTE:** Pursuant to the Court's General Orders entered on January 4th, 2005, this form must be filed with the Court and served upon the creditor and the Standing Chapter 13 Trustee, **at least seven (7) days before the return date, pursuant to** *DNJ LBR 9013-1(d), Motion Practice,* if filed in opposition to a *Motion for Relief from the Automatic Stay*; **and within 10 days of the filing of a** *Creditor's Certification of Default* **under an** *Order Resolving Motion to Vacate Stay and/or Dismiss with Conditions*. **Absent the filing of this mandatory new form, the creditor's stay relief motion will be deemed uncontested, and the creditor's appearance at the hearing will** *not* **be required.**

                                                                                                           *1/3/05/jml*