Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19–13736–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

John Worthy
aka John A. Worthy, aka John C. Worthy
217 Stirrup Road
Logan Twp., NJ 08085

Georgina Worthy
217 Stirrup Road
Logan Twp., NJ 08085

Social Security No.:
xxx–xx–3786          xxx–xx–8716

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:             June 9, 2020
Time:             10:00 AM
Location:         4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*53* – Certification in Opposition to (related document:52 Creditor's Certification of Default (related document:42 Consent Order filed by Creditor Regional Acceptance Corporation) filed by Keri P. Ebeck on behalf of Regional Acceptance Corporation. Objection deadline is 05/20/2020. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Certification of Secured Creditor Regarding Post–Petition Pay History from Entry of Consent Order # 5 Proposed Order # 6 Certificate of Service) filed by Creditor Regional Acceptance Corporation) filed by Stacey L. Mullen on behalf of Georgina Worthy, John Worthy. (Mullen, Stacey)

and transact such other business as may properly come before the meeting.

Dated: May 11, 2020
JAN: eag

Jeanne Naughton
Clerk