| |
|---|
| UNITED STATES BANKRUPTCY COURT |
| DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** |
| Stacey L. Mullen, Esquire |
| 2091 N. Springdale Road |
| Suite 17 |
| Cherry Hill, NJ 08003 |
| Attorney for Debtor |
| 856-778-8677 |

In Re:

John and Georgina Worthy

Case No.:     _____19-13736_____

Chapter:      13

Hearing Date: _____6/9/2020_____

Judge:        _____JNP_____

## ADJOURNMENT REQUEST FOR CHAPTER 13

1. I, _____Stacey L. Mullen, Esquire_____,

   X    am the attorney for: _____Debtor_____

   ☐    am self-represented

   Phone number: _____856-778-8677_____

   Email address: ____slmullen@comcast.net_____

2. I request an adjournment of the following hearing:

   Matter: ___Regional cert of default_____

   Current hearing date and time: _____6/9/20 at 10 am_____

   New date requested: _____2 week request with opposing counsel consent_____

  Reason for adjournment request: __Parties are trying to resolve.

  _____

3. I request an adjournment of confirmation:

  Current confirmation date and time: _____

  New date requested: _____

  Reason for adjournment request: _

  _____

  Confirmation has been adjourned ____ previous times

  Trustee payments are current through _____

  The meeting of creditors under § 341(a) of the Code  X was conducted  ☐ was not conducted

4. Consent to adjournment:

  X  I have the consent of all parties. ☐ I do not have the consent of all parties (explain

  below): _____

  _____

  _____

I certify under penalty of perjury that the foregoing is true.

Date: _____6/4/2020_____    ___/s/ Stacey L. Mullen, Esquire_____
                 Signature

    **Pursuant to D.N.J. LBR 5071-1(b) an adjournment request**
    **must be made not later than 3 days before the hearing.**

**OFFICIAL USE ONLY:**

The request for adjournment is:

☐X Granted    New hearing date: ___6/23/2020 at 11AM_____  ☐ Peremptory

2

☐ Granted over objection(s)    New hearing date: _____    ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**