**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Bernstein-Burkley, P.C.
Keri P. Ebeck, Esquire
Bar No. 262092017
707 Grant Street, Suite 2200, Gulf Tower
Pittsburgh, PA 15219
(412) 456-8112

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

JOHN WORTHY, AND
GEORGINA WORTHY
             Debtor,

Case No.:   19-13736-JNP

Chapter:   13

Hearing Date:   06/23/2020

Judge:   Poslusny

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled        ☐ Withdrawn

Matter: Doc # 52 Creditor's Certification of Default has been settled. A Consent Order will be submitted to Resolve the Creditor's Certification of Default

Date: June 22, 2020

/s/ Keri P. Ebeck
Signature

*rev.8/1/15*