UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Bernstein-Burkley, P.C.
Keri P. Ebeck, Esquire
Bar No. 262092017
707 Grant Street, Suite 2200, Gulf Tower
Pittsburgh, PA 15219
(412) 456-8112

In Re:

JOHN WORTHY, and
GEORGINA WORTHY
           Debtors,

Case No.:    19-13736-JNP

Chapter:    13

Hearing Date:

Judge:    Poslusny Jr.

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled       ☒ Withdrawn

Matter: Doc # 52 Creditor's Certification of Default, filed by Keri P. Ebeck on behalf of Regional Acceptance Corporation, Debtor cured default.

Date: June 26, 2020

/s/ Keri P. Ebeck
Signature

*rev.8/1/15*