Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                                            Case No.: 19−13736−JNP
                                            Chapter: 13
                                            Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   John Worthy                                              Georgina Worthy
   aka John A. Worthy, aka John C. Worthy       217 Stirrup Road
   217 Stirrup Road                                 Logan Twp., NJ 08085
   Logan Twp., NJ 08085

Social Security No.:
   xxx−xx−3786                                         xxx−xx−8716

Employer's Tax I.D. No.:

## NOTICE OF HEARING

     NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:               September 15, 2020
Time:              11:00 AM
Location:        4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*63* − Certification in Opposition to (related document:62 Creditor's Certification of Default (related document:23 Motion for Relief from Stay re: 217 Stirrup Road, Logan Township, PA. 08085, Gloucester. Fee Amount $ 181. filed by Creditor MIDFIRST BANK, 34 Order on Motion For Relief From Stay, 44 Creditor's Certification of Default filed by Creditor MIDFIRST BANK, 50 Order (Generic)) filed by Denise E. Carlon on behalf of MIDFIRST BANK. Objection deadline is 09/1/2020. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) filed by Creditor MIDFIRST BANK) filed by Stacey L. Mullen on behalf of Georgina Worthy, John Worthy. (Mullen, Stacey)

and transact such other business as may properly come before the meeting.


Dated: August 21, 2020
JAN: eag

                                                                                                             Jeanne Naughton
                                                                                                             Clerk