Form 185 – ntc13plnafter

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−13736−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

John Worthy
aka John A. Worthy, aka John C. Worthy
217 Stirrup Road
Logan Twp., NJ 08085

Georgina Worthy
217 Stirrup Road
Logan Twp., NJ 08085

Social Security No.:
xxx−xx−3786                                    xxx−xx−8716

Employer's Tax I.D. No.:

**NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
AND NOTICE OF HEARING THEREON**

Notice is hereby given that a Plan was confirmed in this matter on May 3, 2019.

On August 26, 2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date:                October 7, 2020
Time:                09:00 AM
Location:            4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: August 27, 2020
JAN: eag

                                                                Jeanne Naughton
                                                                Clerk

```
                           United States Bankruptcy Court
                                 District of New Jersey

In re:                                                        Case No. 19-13736-JNP
John Worthy                                                   Chapter 13
Georgina Worthy
          Debtors                  CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin                Page 1 of 2                  Date Rcvd: Aug 27, 2020
                              Form ID: 185               Total Noticed: 41


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 29, 2020.
db/jdb         +John Worthy,    Georgina Worthy,    217 Stirrup Road,    Logan Twp., NJ 08085-1440
518045719      +AWL, Inc.,    2128 North 14th Street,    Suite 1, #130,    Ponca City, OK 74601-1831
518045709      +Consumer Portfolio Services,    P.O. Box 57099,    Irvine, CA 92619-7099
518045712      +Federal Loan Servicing,    P.O. Box 69184,    Harrisburg, PA 17106-9184
518045724      +Golden Valley Lending,    635 East Highway 20 E.,    Upper Lake, CA 95485-8793
518045706     #+KML Law Group,    216 Haddon Avenue,    Suite 406,    Westmont, NJ 08108-2812
518045728      +Lexington National Ins. Corp.,    11426 York Road,    2nd Floor,    Cockeysville, MD 21030-1811
518045720      +Makes Cents, Inc.,    d/b/a Maxlend,    P.O. Box 639,    Parshall, ND 58770-0639
518221357      +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
518045730      +Midland Credit Management,    P.O. Box 51319,    Los Angeles, CA 90051-5619
518045705      +Midland Mortgage,    P.O. Box 26648,    Oklahoma City, OK 73126-0648
518045717      +New Jersey American Water,    P.O. Box 371331,    Pittsburgh, PA 15250-7331
518045710      +Nona Ostrove, Esquire,    1020 Laurel Oak Road,    Suite 100,    Voorhees, NJ 08043-3518
518045711      +Premier Bank Card,    P.O. Box 5524,    Sioux Falls, SD 57117-5524
518045722      +Spotloan c/o Blue Chip Financial,    P.O. Box 720,    Belcourt, ND 58316-0720
518045714      +State of NJ - Dept. of Labor,    P.O. Box 951,    Trenton, NJ 08625-0951
518165810       U.S. Department of Education,    c/o FedLoan Servicing,    P.O. Box 69184,
                 Harrisburg, PA 17106-9184

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 28 2020 00:08:30      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 28 2020 00:08:27      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518045726      +E-mail/Text: bruder@abcbail.com Aug 28 2020 00:09:06      ABC Bail Bonds,
                 215 West Bridge Street,    Morrisville, PA 19067-7118
518045716      +E-mail/Text: bankruptcy@pepcoholdings.com Aug 28 2020 00:08:10      Atlantic City Electric,
                 P.O. Box 13610,    Philadelphia, PA 19101-3610
518045725      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 28 2020 00:14:08      Capital One,
                 P.O. Box 30285,    Salt Lake City, UT 84130-0285
518045718      +E-mail/Text: documentfiling@lciinc.com Aug 28 2020 00:07:40      Comcast,   P.O. Box 70219,
                 Philadelphia, PA 19176-0219
518045727      +E-mail/PDF: gecsedi@recoverycorp.com Aug 28 2020 00:14:05      Conseco Finance Servicing,
                 332 Minnesota Street,    Suite 600,   St. Paul, MN 55101-7707
518045713      +E-mail/Text: bankruptcy@caiarm.com Aug 28 2020 00:08:22      Credit Adjustments, Inc.,
                 330 Florence Street,    Defiance, OH 43512-2593
518045729      +E-mail/Text: bnc-bluestem@quantum3group.com Aug 28 2020 00:08:49      Fingerhut,
                 6250 Ridgewood Road,    St. Cloud, MN 56303-0820
518045721      +E-mail/Text: collections@greentrustcash.com Aug 28 2020 11:32:30      Green Trust Cash,
                 P.O. Box 340,    Ft. Belknap Agency,    Hays, MT 59527-0340
518141493       E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 28 2020 00:08:39      Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
518077845       E-mail/PDF: resurgentbknotifications@resurgent.com Aug 28 2020 00:13:35      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518123957       E-mail/Text: csc.bankruptcy@amwater.com Aug 28 2020 00:09:00      New Jersey American Water,
                 P.O. Box 578,    Alton, IL 62002-0578
518045723      +E-mail/Text: bankruptcy@ldf-holdings.com Aug 28 2020 00:08:57      Niswi, LLC,
                 d/b/a Amplify Funding,    P.O. Box 542,    Lac du Flambeau, WI 54538-0542
518790872       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 28 2020 00:15:09
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
518790873       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 28 2020 00:14:18
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541,
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
518139050      +E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 28 2020 00:08:39      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
518045708      +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Aug 28 2020 00:14:15      Regional Acceptance Corp.,
                 P.O. Box 830913,    Birmingham, AL 35283-0913
518119703       E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Aug 28 2020 00:14:15      Regional Acceptance Corporation,
                 PO Box 1847,    Wilson, NC 27894-1847
518047035      +E-mail/PDF: gecsedi@recoverycorp.com Aug 28 2020 00:13:21      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518069392      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 28 2020 00:13:37      T Mobile/T-Mobile USA Inc,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518045707      +E-mail/PDF: OGCRegionIIBankruptcy@hud.gov Aug 28 2020 00:13:23      US Dept of HUD,
                 451 7th Street S.W.,    Washington, DC 20410-0001
518193617      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 28 2020 00:14:19      Verizon,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518045715      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 28 2020 00:07:37
                 Verizon Wireless,    P.O. Box 25505,    Lehigh Valley, PA 18002-5505
                                                                                              TOTAL: 24
```

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Aug 27, 2020
                              Form ID: 185             Total Noticed: 41
```

***** BYPASSED RECIPIENTS (continued) *****

***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2020                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2020 at the address(es) listed below:

```
          Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Keri P. Ebeck    on behalf of Creditor    Consumer Portfolio Services, Inc. kebeck@bernsteinlaw.com,
           jbluemle@bernsteinlaw.com
          Keri P. Ebeck    on behalf of Creditor    Regional Acceptance Corporation kebeck@bernsteinlaw.com,
           jbluemle@bernsteinlaw.com
          Kevin Gordon McDonald    on behalf of Creditor    MIDFIRST BANK kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Rebecca Ann Solarz    on behalf of Creditor    MIDFIRST BANK rsolarz@kmllawgroup.com
          Stacey L. Mullen    on behalf of Joint Debtor Georgina  Worthy slmullen@comcast.net
          Stacey L. Mullen    on behalf of Debtor John  Worthy slmullen@comcast.net
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 10
```