**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

0  Valuation of Security      0  Assumption of Executory Contract or Unexpired Lease      0  Lien Avoidance

**Last revised: August 1, 2020**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:  
John and Georgina Worthy

Debtor(s)

Case No.: 19-13736

Judge: JNP

## Chapter 13 Plan and Motions

☐ Original      ☒ Modified/Notice Required      Date: 08/26/2020

☐ Motions Included      ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

**The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☒ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☒ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: ____SLM____    Initial Debtor: _____JW_____    Initial Co-Debtor: _____GW_____

| Part 1: | Payment and Length of Plan |
|---|---|

a. The debtor shall pay $ __843.00__ per __month__ to the Chapter 13 Trustee, starting on __September 1, 2020__ for approximately __30__ months.

b. The debtor shall make plan payments to the Trustee from the following sources:

  ☒  Future earnings

  ☐  Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:

  ☐ Sale of real property
  Description:
  Proposed date for completion: _____

  ☐ Refinance of real property:
  Description:
  Proposed date for completion: _____

  ☐ Loan modification with respect to mortgage encumbering property:
  Description:
  Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

### Part 2:    Adequate Protection ☒ NONE

      a.  Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

      b.  Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

### Part 3:    Priority Claims (Including Administrative Expenses)

    a.    All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ 700 subj to court |
| DOMESTIC SUPPORT OBLIGATION | | |
| MidFirst | Admin Exp - attys fees in connection with cert of default | $200.00 |

    b.    Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:

☒ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. | | |

**Part 4:    Secured Claims**

### a.  Curing Default and Maintaining Payments on Principal Residence: ☐ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| Midland/MidFirst Mtg | res mtg | $9,064.56 remaining bal on poc | 0% | $9,064.56 bal on poc of $13,364.52 | kept current o/s plan |
| MidFirst | res mtg | $5,405.99 arrears on cert of default | 0% | $5,405.99 | n/a |
| US Dept of HUD | 2nd res mtg | $0.00 | 0% | $0.00 | n/a |
| Regional Acceptance | 2014 Dodge | $616.99 | 0% | $616.99 bal on poc | kept current o/s plan |
| Consumer/Portfolio | 2015 Nissan | $731.11 | 0% | $731.11 bal on poc | kept current o/s plan |
| Beckett Assoc | Assoc | $1,100.00 | 0% | $1,100.00 | kept current o/s plan |

### b.  Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears: ☒ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### c.  Secured claims excluded from 11 U.S.C. 506: ☒ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
|  |  |  |  |  |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments   ☒ NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e.  Surrender   ☒ NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
|  |  |  |  |

**f. Secured Claims Unaffected by the Plan** ☒ **NONE**

   The following secured claims are unaffected by the Plan:

**g. Secured Claims to be Paid in Full Through the Plan**: ☒ **NONE**

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
|  |  |  |

## Part 5:   Unsecured Claims ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☒ Not less than __100_____ percent

☐ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| Federal Loan-US Dept of ED | student loans | $0.00-deferred | $0.00-deferred |
| Credit Adjustments | student loans | $0.00-deferred | $0.00-deferred |

**Part 6:    Executory Contracts and Unexpired Leases  ☒ NONE**

(NOTE:  See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
|  |  |  |  |  |

**Part 7:    Motions  ☒ NONE**

**NOTE:  All plans containing motions must be served on all affected lienholders, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1.  A *Certification of Service, Notice of Chapter 13 Plan Transmittal, and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a.  **Motion to Avoid Liens Under 11. U.S.C. Section 522(f).  ☒ NONE**

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

**b. Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☒ **NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| | | | | | | |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☒ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| | | | | | |

## Part 8:    Other Plan Provisions

**a. Vesting of Property of the Estate**

☒  Upon confirmation

☐  Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions
2) Administrative Priority
3) Secured
4) Unsecured

**d. Post-Petition Claims**

The Standing Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

**Part 9:    Modification ☐ NONE**

**NOTE: Modification of a plan does not require that a separate motion be filed. A modified plan must be served in accordance with D.N.J. LBR 3015-2.**

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: 08/26/2020                              .

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| MidFirst cert of default is resolved. Resolution places arrears of $5,405.99 and $200.00 attorney fees into plan. | Arrears to MidFirst and their $200.00 attorney fees are added to plan. |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ☒ No

**Part 10:    Non-Standard Provision(s): Signatures Required**

Non-Standard Provisions Requiring Separate Signatures:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

**Signatures**

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, *Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: 08/26/2020_____    /s/ John J. Worthy_____
                                            Debtor

Date: 08/26/2020_____    /s/ Georgina Worthy_____
                                            Joint Debtor

Date: 08/26/2020_____    /s/ Stacey L. Mullen, Esquire_____
                                            Attorney for Debtor(s)

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-13736-JNP
John Worthy                                                               Chapter 13
Georgina Worthy
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin            Page 1 of 2        Date Rcvd: Aug 27, 2020
                            Form ID: pdf901       Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 29, 2020.
```
db/jdb         +John Worthy,    Georgina Worthy,    217 Stirrup Road,    Logan Twp., NJ 08085-1440
518045719      +AWL, Inc.,    2128 North 14th Street,    Suite 1, #130,    Ponca City, OK 74601-1831
518045709      +Consumer Portfolio Services,    P.O. Box 57099,    Irvine, CA 92619-7099
518045712      +Federal Loan Servicing,    P.O. Box 69184,    Harrisburg, PA 17106-9184
518045724      +Golden Valley Lending,    635 East Highway 20 E.,    Upper Lake, CA 95485-8793
518045706     #+KML Law Group,    216 Haddon Avenue,    Suite 406,    Westmont, NJ 08108-2812
518045728      +Lexington National Ins. Corp.,    11426 York Road,    2nd Floor,    Cockeysville, MD 21030-1811
518045720      +Makes Cents, Inc.,    d/b/a Maxlend,    P.O. Box 639,    Parshall, ND 58770-0639
518221357      +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
518045730      +Midland Credit Management,    P.O. Box 51319,    Los Angeles, CA 90051-5619
518045705      +Midland Mortgage,    P.O. Box 26648,    Oklahoma City, OK 73126-0648
518045717      +New Jersey American Water,    P.O. Box 371331,    Pittsburgh, PA 15250-7331
518045710      +Nona Ostrove, Esquire,    1020 Laurel Oak Road,    Suite 100,    Voorhees, NJ 08043-3518
518045711      +Premier Bank Card,    P.O. Box 5524,    Sioux Falls, SD 57117-5524
518045722      +Spotloan c/o Blue Chip Financial,    P.O. Box 720,    Belcourt, ND 58316-0720
518045714      +State of NJ - Dept. of Labor,    P.O. Box 951,    Trenton, NJ 08625-0951
518165810       U.S. Department of Education,    c/o FedLoan Servicing,    P.O. Box 69184,
                 Harrisburg, PA 17106-9184
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 28 2020 00:08:30     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 28 2020 00:08:27      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518045726      +E-mail/Text: bruder@abcbail.com Aug 28 2020 00:09:06      ABC Bail Bonds,
                 215 West Bridge Street,    Morrisville, PA 19067-7118
518045716      +E-mail/Text: bankruptcy@pepcoholdings.com Aug 28 2020 00:08:08      Atlantic City Electric,
                 P.O. Box 13610,    Philadelphia, PA 19101-3610
518045725      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 28 2020 00:14:56       Capital One,
                 P.O. Box 30285,    Salt Lake City, UT 84130-0285
518045718      +E-mail/Text: documentfiling@lciinc.com Aug 28 2020 00:07:39      Comcast,    P.O. Box 70219,
                 Philadelphia, PA 19176-0219
518045727      +E-mail/PDF: gecsedi@recoverycorp.com Aug 28 2020 00:14:46      Conseco Finance Servicing,
                 332 Minnesota Street,    Suite 600,    St. Paul, MN 55101-7707
518045713      +E-mail/Text: bankruptcy@caiarm.com Aug 28 2020 00:08:22      Credit Adjustments, Inc.,
                 330 Florence Street,    Defiance, OH 43512-2593
518045729      +E-mail/Text: bnc-bluestem@quantum3group.com Aug 28 2020 00:08:49      Fingerhut,
                 6250 Ridgewood Road,    St. Cloud, MN 56303-0820
518045721      +E-mail/Text: collections@greentrustcash.com Aug 28 2020 11:32:30      Green Trust Cash,
                 P.O. Box 340,    Ft. Belknap Agency,    Hays, MT 59527-0340
518141493       E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 28 2020 00:08:37      Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
518077845       E-mail/PDF: resurgentbknotifications@resurgent.com Aug 28 2020 00:14:16       LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518123957       E-mail/Text: csc.bankruptcy@amwater.com Aug 28 2020 00:08:59      New Jersey American Water,
                 P.O. Box 578,    Alton, IL 62002-0578
518045723      +E-mail/Text: bankruptcy@ldf-holdings.com Aug 28 2020 00:08:57      Niswi, LLC,
                 d/b/a Amplify Funding,    P.O. Box 542,    Lac du Flambeau, WI 54538-0542
518790872       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 28 2020 00:15:03
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
518790873       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 28 2020 00:14:15
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541,
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
518139050      +E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 28 2020 00:08:37      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
518045708      +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Aug 28 2020 00:14:15      Regional Acceptance Corp.,
                 P.O. Box 830913,    Birmingham, AL 35283-0913
518119703       E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Aug 28 2020 00:14:15      Regional Acceptance Corporation,
                 PO Box 1847,    Wilson, NC 27894-1847
518047035      +E-mail/PDF: gecsedi@recoverycorp.com Aug 28 2020 00:14:46      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518069392      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 28 2020 00:15:15       T Mobile/T-Mobile USA Inc,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518045707      +E-mail/PDF: OGCRegionIIBankruptcy@hud.gov Aug 28 2020 00:13:23      US Dept of HUD,
                 451 7th Street S.W.,    Washington, DC 20410-0001
518193617      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 28 2020 00:13:37       Verizon,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518045715      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 28 2020 00:07:37
                 Verizon Wireless,    P.O. Box 25505,    Lehigh Valley, PA 18002-5505
                                                                                              TOTAL: 24
```

```
District/off: 0312-1           User: admin                Page 2 of 2                  Date Rcvd: Aug 27, 2020
                               Form ID: pdf901            Total Noticed: 41
```

```
            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 26, 2020 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Keri P. Ebeck    on behalf of Creditor    Consumer Portfolio Services, Inc. kebeck@bernsteinlaw.com,
           jbluemle@bernsteinlaw.com
          Keri P. Ebeck    on behalf of Creditor    Regional Acceptance Corporation kebeck@bernsteinlaw.com,
           jbluemle@bernsteinlaw.com
          Kevin Gordon McDonald    on behalf of Creditor    MIDFIRST BANK kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Rebecca Ann Solarz    on behalf of Creditor    MIDFIRST BANK rsolarz@kmllawgroup.com
          Stacey L. Mullen    on behalf of Joint Debtor Georgina   Worthy slmullen@comcast.net
          Stacey L. Mullen    on behalf of Debtor John   Worthy slmullen@comcast.net
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 10
```