UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

In Re:

John Worthy & Georgina Worthy,

Debtors.

Case No.:     19-13736-JNP

Chapter:     13

Hearing Date:     9/15/2020

Judge:     Poslusny

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled            ☐ Withdrawn

Matter: Secured Creditor's Certification of Default (Docket # 62)

_____

Date: 9/9/2020

/s/ Denise Carlon
Signature

*rev.8/1/15*