Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                Case No.: 19–13736–JNP
                Chapter: 13
                Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   John Worthy                                         Georgina Worthy
   aka John A. Worthy, aka John C. Worthy      217 Stirrup Road
   217 Stirrup Road                            Logan Twp., NJ 08085
   Logan Twp., NJ 08085

Social Security No.:
   xxx–xx–3786                                          xxx–xx–8716

Employer's Tax I.D. No.:

## NOTICE OF HEARING

     NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:                  March 2, 2021
Time:                11:00 AM
Location:         4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*82* – Certification in Opposition to (related document:81 Creditor's Certification of Default (related document:42 Consent Order filed by Creditor Regional Acceptance Corporation) filed by Keri P. Ebeck on behalf of Regional Acceptance Corporation. Objection deadline is 02/17/2021. (Attachments: # 1 Certification of Secured Creditor Regarding Post–Petition Payment History Received after Entry of Consent Order # 2 Exhibit A # 3 Exhibit B # 4 Exhibit C # 5 Proposed Order # 6 Certificate of Service) filed by Creditor Regional Acceptance Corporation) filed by Stacey L. Mullen on behalf of Georgina Worthy, John Worthy. (Attachments: # 1 Exhibit) (Mullen, Stacey)

and transact such other business as may properly come before the meeting.


Dated: February 8, 2021
JAN: eag

                                                                                    Jeanne Naughton
                                                                                     Clerk