Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  19–13736–JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| John Worthy | Georgina Worthy |
| aka John A. Worthy, aka John C. Worthy | 217 Stirrup Road |
| 217 Stirrup Road | Logan Twp., NJ 08085 |
| Logan Twp., NJ 08085 | |

Social Security No.:
  xxx–xx–3786                                     xxx–xx–8716

Employer's Tax I.D. No.:

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:                    March 2, 2021
Time:                        11:00 AM
Location:          4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*82* – Certification in Opposition to (related document:81 Creditor's Certification of Default (related document:42 Consent Order filed by Creditor Regional Acceptance Corporation) filed by Keri P. Ebeck on behalf of Regional Acceptance Corporation. Objection deadline is 02/17/2021. (Attachments: # 1 Certification of Secured Creditor Regarding Post–Petition Payment History Received after Entry of Consent Order # 2 Exhibit A # 3 Exhibit B # 4 Exhibit C # 5 Proposed Order # 6 Certificate of Service) filed by Creditor Regional Acceptance Corporation) filed by Stacey L. Mullen on behalf of Georgina Worthy, John Worthy. (Attachments: # 1 Exhibit) (Mullen, Stacey)

and transact such other business as may properly come before the meeting.

Dated: February 8, 2021
JAN: eag

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 19-13736-JNP

John Worthy                                                                         Chapter 13

Georgina Worthy

        Debtors

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 08, 2021 | Form ID: 173 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol          Definition**

+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                  regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 10, 2021:**

**Recip ID          Recipient Name and Address**
db/jdb             + John Worthy, Georgina Worthy, 217 Stirrup Road, Logan Twp., NJ 08085-1440

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2021                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 8, 2021 at the address(es) listed below:**

**Name                         Email Address**

Denise E. Carlon
                             on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Isabel C. Balboa
                             ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Isabel C. Balboa
                             on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Keri P. Ebeck
                             on behalf of Creditor Regional Acceptance Corporation KEBECK@BERNSTEINLAW.COM  jbluemle@bernsteinlaw.com

Keri P. Ebeck
                             on behalf of Creditor Consumer Portfolio Services  Inc. KEBECK@BERNSTEINLAW.COM, jbluemle@bernsteinlaw.com

Kevin Gordon McDonald

District/off: 0312-1                          User: admin                                    Page 2 of 2
Date Rcvd: Feb 08, 2021                      Form ID: 173                              Total Noticed: 1

on behalf of Creditor MIDFIRST BANK kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com

Rebecca Ann Solarz
       on behalf of Creditor MIDFIRST BANK rsolarz@kmllawgroup.com

Stacey L. Mullen
       on behalf of Joint Debtor Georgina Worthy slmullen@comcast.net

Stacey L. Mullen
       on behalf of Debtor John Worthy slmullen@comcast.net

U.S. Trustee
       USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 10