UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Bernstein-Burkley, P.C.
Keri P. Ebeck, Esquire
Bar No. 262092017
707 Grant Street, Suite 2200, Gulf Tower
Pittsburgh, PA 15219
(412) 456-8112

In Re:

JOHN WORTHY, and
GEORGINA WORTHY
     Debtor,

Case No.:   19-13736-JNP

Chapter:   13

Hearing Date:   03/02/2021

Judge:   Poslusny

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled     ☒ Withdrawn

Matter:  Doc # 81 Creditor's Certification of Default. The Debtors have made a payment to Resolve the Creditor's Certification of Default.

Date: March 1, 2021

/s/ Keri P. Ebeck
Signature

*rev.8/1/15*