UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

Gary J. Zangerle, Esquire
505 South Lenola Road, Suite 201
Moorestown, New Jersey 08057
856-234-1810
856-222-9872 fax
gzangerle@zangerleesquire.com
Attorney for Beckett Association, Inc.

In Re:

John Worthy and Georgina Worthy,

                Debtors

Order Filed on August 6, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No:    19-13736-JNP

Judge:  Jerrold N. Poslusny, Jr.

## CONSENT ORDER

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

Dated:_____

**DATED: August 6, 2021**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Whereas notice of the Debtors' bankruptcy was provided to the Beckett Association, Inc.'s (the "Association") prior attorney and not directly to the Association; and

Whereas the Association was unable to file a Proof of Claim in a timely manner; and

The Court noting the consent of the parties to the form, substance and entry of the within Order; and for cause shown, it is hereby

**ORDERED** as follows:

1. The Debtors consent to Beckett Association, Inc. filing its Proof of Claim for $1,100.00 out of time.

2. The Debtors shall pay to Beckett Association, Inc., c/o FirstService Residential, 1100 Broadacres Drive, Clementon, NJ 08021, post-petition assessments in the amount of $377.34.

3. **Thirty-Day Default Clause**: If the Debtors should default and fail to make the payments stated herein or any future payments that come due during the pendency of this case to Movant and/or to the Chapter 13 Trustee for more than thirty (30) days from the due date or to the Chapter 13 Trustee, then upon certification of non-receipt of said payments in accordance herewith submitted by creditor's counsel, the Court shall enter a General Relief Order, dismissing the Debtor's case. The Order submitted to the Court will not require the consent of the Debtor or the Debtor's counsel regarding form or substance, however, the Trustee, Debtor and her counsel shall be given notice of any filing of a certification of non-receipt in accordance with Rule 9072-1 of the Local Rules of Bankruptcy Procedure.

4. Debtors' counsel shall serve a copy of the executed Order on all interested parties who have not yet been served electronically by the Court.

We hereby consent to the form and
entry of this Consent Order.

Attorney for Debtors

_____
Stacy Mullen, Esquire

Attorney for Beckett Association, Inc.

_____
Gary J. Zangerle, Esquire

3