UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)
Gary J. Zangerle, Esquire
505 South Lenola Road, Suite 201
Moorestown, New Jersey 08057
856-234-1810
856-222-9872 fax
gzangerle@zangerleesquire.com
Attorney for Beckett Association, Inc.

Order Filed on August 6, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

John Worthy and Georgina Worthy,

                Debtors

Case No:    19-13736-JNP

Judge:  Jerrold N. Poslusny, Jr.

## CONSENT ORDER

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

Dated:_____

**DATED: August 6, 2021**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Whereas notice of the Debtors' bankruptcy was provided to the Beckett Association, Inc.'s (the "Association") prior attorney and not directly to the Association; and

Whereas the Association was unable to file a Proof of Claim in a timely manner; and

The Court noting the consent of the parties to the form, substance and entry of the within Order; and for cause shown, it is hereby

**ORDERED** as follows:

1. The Debtors consent to Beckett Association, Inc. filing its Proof of Claim for $1,100.00 out of time.

2. The Debtors shall pay to Beckett Association, Inc., c/o FirstService Residential, 1100 Broadacres Drive, Clementon, NJ 08021, post-petition assessments in the amount of $377.34.

3. **Thirty-Day Default Clause**: If the Debtors should default and fail to make the payments stated herein or any future payments that come due during the pendency of this case to Movant and/or to the Chapter 13 Trustee for more than thirty (30) days from the due date or to the Chapter 13 Trustee, then upon certification of non-receipt of said payments in accordance herewith submitted by creditor's counsel, the Court shall enter a General Relief Order, dismissing the Debtor's case. The Order submitted to the Court will not require the consent of the Debtor or the Debtor's counsel regarding form or substance, however, the Trustee, Debtor and her counsel shall be given notice of any filing of a certification of non-receipt in accordance with Rule 9072-1 of the Local Rules of Bankruptcy Procedure.

4. Debtors' counsel shall serve a copy of the executed Order on all interested parties who have not yet been served electronically by the Court.

We hereby consent to the form and entry of this Consent Order.

| Attorney for Debtors | Attorney for Beckett Association, Inc. |
|---|---|
| _____ | _____ |
| Stacy Mullen, Esquire | Gary J. Zangerle, Esquire |

3

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-13736-JNP |
| John Worthy | Chapter 13 |
| Georgina Worthy | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 06, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + John Worthy, Georgina Worthy, 217 Stirrup Road, Logan Twp., NJ 08085-1440 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2021            Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Gary J. Zangerle | on behalf of Creditor Beckett Association  Inc. zangerle@ZangerleLaw.comcastbiz.net |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Keri P. Ebeck | on behalf of Creditor Regional Acceptance Corporation KEBECK@BERNSTEINLAW.COM  jbluemle@bernsteinlaw.com |
| Keri P. Ebeck | |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Aug 06, 2021 | Form ID: pdf903 | Total Noticed: 1 |

on behalf of Creditor Consumer Portfolio Services Inc. KEBECK@BERNSTEINLAW.COM, jbluemle@bernsteinlaw.com

Kevin Gordon McDonald

on behalf of Creditor MIDFIRST BANK kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com

Rebecca Ann Solarz

on behalf of Creditor MIDFIRST BANK rsolarz@kmllawgroup.com

Stacey L. Mullen

on behalf of Joint Debtor Georgina Worthy slmullen@comcast.net

Stacey L. Mullen

on behalf of Debtor John Worthy slmullen@comcast.net

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 11