UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Stacey L. Mullen, Esquire
2091 N. Springdale Road
Suite 17
Cherry Hill, NJ 08003
(856) 778-8677
By: Stacey L. Mullen, Esquire (SM5598)

| | |
|---|---|
| In Re:<br>John and Georgina Worthy, | Case No.: ___19-13736<br>Judge: ____JNP<br>Chapter: 13 |

**CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION
_X_  TO CREDITOR'S MOTION OR CERTIFICATION OF DEFAULT
TO TRUSTEE'S MOTION OR CERTIFICATION OF DEFAULT**

The debtor in the above-captioned chapter 13 proceeding hereby objects to the following **(choose one)**:

1. \_\_ Motion for Relief from the Automatic Stay filed by creditor
    . A hearing has been scheduled for
        at       am

OR

\_\_ Motion to Dismiss filed by the Standing Chapter 13 Trustee.
A hearing has been scheduled for \_, at _____ am.

_X_ Certification of Default filed by creditor, MidFirst Bank
I am requesting a hearing be scheduled on this matter.

OR

\_\_ Certification of Default filed by Standing Chapter 13 Trustee
I am requesting a hearing be scheduled on this matter.

I am objecting to the above for the following reasons **(choose one)**:

\_\_ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached hereto.
\_\_ Payments have not been made for the following reasons and debtor proposes

repayment as follows **(explain your answer)**:

__X__ Other **(explain your answer)**: Debtors can pay 1 month mortgage arrearage payment on January 28, 2022. Debtors can pay their 2nd month mortgage arrearage balance on February 23, 2022 and make their February payment on February 28, 2022. Debtors underwent recent added expenses regarding both cars, fixing their stove and having to replace their hot water heater. Debtors are hoping that MidFirst Bank will allow them to cure their arrears as per the above schedule.

    3. This certification is being made in an effort to resolve the issues raised by the creditor in its motion.

    4. I certify the above facts to be true. I am aware that if the above facts are willfully false, I am subject to punishment.

Date: 01/18/22    /s/ John Worthy
    Debtor's Signature

Date: 01/18/22    /s/ Georgina Worthy
    Debtor's Signature

**NOTE:** Pursuant to the Court's General Orders entered on January 4$_{th}$, 2005, this form must be filed with the Court and served upon the creditor and the Standing Chapter 13 Trustee, **at least seven (7) days before the return date, pursuant to *DNJ LBR 9013-1(d), Motion Practice*,** if filed in opposition to a *Motion for Relief from the Automatic Stay*; **and within 10 days of the filing of a *Creditor's Certification of Default* under an *Order Resolving Motion to Vacate Stay and/or Dismiss with Conditions*. Absent the filing of this mandatory new form, the creditor's stay relief motion will be deemed uncontested, and the creditor's appearance at the hearing will *not* be required.**

*1/3/05/jml*