Printed on: 12/31/2021  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2021 to 12/31/2021  
**Case Number: 19-13736 (JNP)**

John J. Worthy and Georgina Worthy  
217 Stirrup Lane  
Swedesboro, NJ  08085

Monthly Payment: $859.00  
Payments / Month: 1  
Current Trustee Comp.: 8.40%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/19/2021 | $843.00 | 02/22/2021 | $843.00 | 03/22/2021 | $859.00 | 04/19/2021 | $859.00 |
| 06/01/2021 | $859.00 | 06/30/2021 | $859.00 | 07/26/2021 | $859.00 | 08/27/2021 | $859.00 |
| 09/07/2021 | $859.00 | 10/18/2021 | $859.00 | 11/29/2021 | $859.00 | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | JOHN J. WORTHY | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | STACEY L. MULLEN, ESQUIRE | 13 | $4,250.00 | $4,250.00 | $0.00 | $0.00 |
| 0 | STACEY L. MULLEN, ESQUIRE | 13 | $400.00 | $400.00 | $0.00 | $400.00 |
| 0 | STACEY L. MULLEN, ESQUIRE | 13 | $800.00 | $800.00 | $0.00 | $800.00 |
| 0 | STACEY L. MULLEN, ESQUIRE | 13 | $700.00 | $700.00 | $0.00 | $700.00 |
| 0 | STACEY L. MULLEN, ESQUIRE | 13 | $400.00 | $400.00 | $0.00 | $0.00 |
| 1 | ABC BAIL BONDS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | AWL, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | ATLANTIC CITY ELECTRIC COMPANY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | CAPITAL ONE BANK USA, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | COMCAST | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | LVNV FUNDING, LLC | 33 | $1,017.40 | $0.00 | $1,017.40 | $0.00 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 24 | $1,077.93 | $806.73 | $271.20 | $355.68 |
| 8 | CREDIT ADJUSTMENTS, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | U.S. DEPARTMENT OF EDUCATION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $2,959.16 | $0.00 | $2,959.16 | $0.00 |
| 11 | GOLDEN VALLEY LENDING | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | GREEN TRUST CASH | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | KML LAW GROUP | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | LEXINGTON NATIONAL INS. CORP. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | MAKES CENTS, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | MIDLAND CREDIT MANAGEMENT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | MIDFIRST BANK | 24 | $13,364.52 | $10,002.17 | $3,362.35 | $4,409.81 |
| 18 | AMERICAN WATER | 33 | $227.46 | $0.00 | $227.46 | $0.00 |
| 19 | NISWI, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | BECKETT ASSOCIATION, INC. | 24 | $1,100.00 | $823.25 | $276.75 | $0.00 |
| 21 | PREMIER BANKCARD, LLC | 33 | $545.47 | $0.00 | $545.47 | $0.00 |
| 22 | REGIONAL ACCEPTANCE CORPORATION | 24 | $909.66 | $680.79 | $228.87 | $300.16 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 23 | SPOTLOAN C/O BLUE CHIP FINANCIAL | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | STATE OF NJ - DEPT. OF LABOR | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27 | VERIZON BY AMERICAN INFOSOURCE | 33 | $888.74 | $0.00 | $888.74 | $0.00 |
| 28 | GEORGINA WORTHY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | Stacey L. Mullen | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31 | AMERICAN INFOSOURCE, LP | 33 | $959.29 | $0.00 | $959.29 | $0.00 |
| 32 | PREMIER BANKCARD, LLC | 33 | $745.44 | $0.00 | $745.44 | $0.00 |
| 33 | U.S. DEPARTMENT OF EDUCATION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34 | MIDFIRST BANK | 13 | $531.00 | $531.00 | $0.00 | $531.00 |
| 35 | CONSUMER PORTFOLIO SERVICES | 13 | $531.00 | $531.00 | $0.00 | $531.00 |
| 36 | REGIONAL ACCEPTANCE CORPORATION | 13 | $631.00 | $631.00 | $0.00 | $631.00 |
| 37 | MIDFIRST BANK | 13 | $350.00 | $350.00 | $0.00 | $350.00 |
| 38 | MIDFIRST BANK | 24 | $5,359.76 | $3,240.60 | $2,119.16 | $460.13 |
| 39 | MIDFIRST BANK | 13 | $350.00 | $350.00 | $0.00 | $350.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 03/01/2019 | 18.00 | $0.00 |
| 09/01/2020 | Paid to Date | $15,571.50 |
| 10/01/2020 | 5.00 | $843.00 |
| 03/01/2021 | 29.00 | $859.00 |
| 08/01/2023 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $9,417.00 |
| Total paid to creditors this period: | $9,818.78 |
| Undistributed Funds on Hand: | $786.84 |
| Arrearages: | $859.00 |
| Attorney: | STACEY L. MULLEN, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**