**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Bernstein-Burkley, P.C.
Keri P. Ebeck, Esquire
Bar No. 262092017
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
(412) 456-8112

Order Filed on March 11, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

JOHN WORTHY, and
GEORGINA WORTHY
        Debtor.

Case No.:    19-13736-JNP

Hearing Date: _____

Judge:    Poslusny, Jr.

Chapter:    13

| Recommended Local Form: | ☑ Followed | ☐ Modified |
|---|---|---|

## ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 11, 2022**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the motion of _____ Regional Acceptance Corporation _____, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

❏ Real property more fully described as:

☑ Personal property more fully described as:

2014 Dodge Grand Caravan Extended Passenger Van SXT 3.6L V6, VIN #2C4RDGCG8ER154854

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*Rev. 7/1/04; jml*

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 19-13736-JNP
John Worthy  Chapter 13
Georgina Worthy
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1  User: admin  Page 1 of 2
Date Rcvd: Mar 11, 2022  Form ID: pdf903  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**  **Definition**
+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2022:**

**Recip ID**  **Recipient Name and Address**
db/jdb  + John Worthy, Georgina Worthy, 217 Stirrup Road, Logan Twp., NJ 08085-1440

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2022  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2022 at the address(es) listed below:

**Name**  **Email Address**
Denise E. Carlon
  on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Gary J. Zangerle
  on behalf of Creditor Beckett Association  Inc. zangerle@ZangerleLaw.comcastbiz.net

Isabel C. Balboa
  ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Isabel C. Balboa
  on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Keri P. Ebeck
  on behalf of Creditor Regional Acceptance Corporation KEBECK@BERNSTEINLAW.COM  jbluemle@bernsteinlaw.com

Keri P. Ebeck

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 11, 2022 | Form ID: pdf903 | Total Noticed: 1 |

on behalf of Creditor Consumer Portfolio Services Inc. KEBECK@BERNSTEINLAW.COM, jbluemle@bernsteinlaw.com

Kevin Gordon McDonald

on behalf of Creditor MIDFIRST BANK kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com

Rebecca Ann Solarz

on behalf of Creditor MIDFIRST BANK rsolarz@kmllawgroup.com

Stacey L. Mullen

on behalf of Joint Debtor Georgina Worthy slmullen@comcast.net

Stacey L. Mullen

on behalf of Debtor John Worthy slmullen@comcast.net

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 11