| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Bernstein-Burkley, P.C.<br>Keri P. Ebeck, Esquire<br>NJ Bar No. 262092017<br>kebeck@bernsteinlaw.com<br>601 Grant Street, 9th Floor<br>Pittsburgh, PA 15219<br>(412) 456-8112 | |
| In Re:<br><br>JOHN WORHTY AND GEORGINA WORTHY,<br>         Debtors, | |

Case No.: 19-13736-JNP

Chapter: 13

Adv. No.: 

Hearing Date: 

Judge: Poslusny, Jr.

## CERTIFICATION OF SERVICE

1. I, __Keri P. Ebeck__ :

    ☒ represent __Regional Acceptance Corporation__ in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On __March 14, 2022__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Doc 105 Order Vacating Stay( related document:[104] Creditor's Certification of Default (related document:[42] Consent Order filed by Creditor Regional Acceptance Corporation.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: __March 14, 2022__    /s/ Keri P. Ebeck
                                                                              Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| John Worthy<br>Georgina Worthy<br>217 Stirrup Road<br>Logan Twp., NJ 08085 | Debtora | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| Stacey L. Mullen<br>Law Office of Stacey L. Mullen<br>2091 N Springdale Rd<br>Suite 17<br>Cherry Hill, NJ 08003 | Debtor's Counsel | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| Isabel C. Balboa<br>Cherry Tree Corporate Center<br>535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |