**UNITED STATES BANKRUPTCY COURT**
**NEW JERSEY DISTRICT OF NEW JERSEY**
**CAMDEN DIVISION**

| | |
|---|---|
| IN RE: | CASE NO. 19-13736-JNP |
| JOHN WORTHY AND GEORGINA WORTHY | CHAPTER 13 |
| DEBTORS | |

**NOTICE OF APPEARANCE PURSUANT TO BANKRUPTCY RULE 9010 (b) AND REQUEST FOR NOTICES UNDER BANKRUPTCY RULE 2002 REGARDING PROPERTY DESCRIBED AS 2015 NISSAN MURANO, VIN: 5N1AZ2MH4FN207276 AND THAT CERTAIN LOAN REGARDING SUCH PORPERTY.**

NOW COMES Portfolio Recovery Associates, LLC, assignee of Consumer Portfolio Services, Inc. ("PRA"), by and through its servicing agent, PRA Receivables Management, LLC, by and through its attorney Brock and Scott, PLLC, pursuant to Bankruptcy Rule 9010 and makes its appearance as a creditor in this cause and, pursuant to Bankruptcy Rule 2002, requests that it be noticed on all pleadings, documents and hearings; that it receive copies of all documents; and be added to the matrix to be served at the addresses below:

Brock and Scott, PLLC
Attorneys at Law
8757 Red Oak Blvd.
Suite 150
Charlotte, NC 28217
NJBKR@brockandscott.com

PRA Receivables Management, LLC
8245 Tournament Dr., Suite 330
Memphis, Tennessee 38125

Please take notice that the undersigned hereby appears as counsel for Portfolio Recovery Associates, LLC, assignee of Consumer Portfolio Services, Inc. ("PRA"), by and through its

22-17575 BKOBJ01




servicing agent, PRA Receivables Management, LLC pursuant to Bankruptcy Rule 9010(b). The undersigned's filing of this notice is limited to the instant case noted above and should not be construed as unlimited representation of the Creditor with respect to any and all matters, proceedings, or actions that may be taken in the instant case or any associated case or proceeding involving the above-named Creditor.

                RESPECTFULLY SUBMITTED,

/s/ **Matthew K. Fissel**
Matthew Fissel, NJ Bar No. 038152012
Andrew Spivack, NJ Bar No. 018141999
Jay Jones, NJ Bar No. 972011
Attorney for Creditor
BROCK & SCOTT, PLLC
8757 Red Oak Boulevard, Suite 150
Charlotte, NC 28217
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: NJBKR@brockandscott.com