| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>22-17575 BKAOD01<br>BROCK & SCOTT, PLLC<br>302 Fellowship Rd, Suite 130<br>Mount Laurel, NJ 08054<br>(844) 856-6646<br>Attorneys for PRA Receivables Management, LLC, as Servicer for Portfolio Recovery Associates, LLC, Assignee of Consumer Portfolio Services, Inc. ("PRA") | |
| In Re:<br><br>GEORGINA WORTHY<br>JOHN WORTHY<br>A/K/A JOHN A. WORTHY<br>A/K/A JOHN C. WORTHY | Case No: 19-13736-JNP<br><br>Hearing Date: _____<br><br>Judge: JERROLD N. POSLUSNY, JR<br><br>Chapter: 13 |

Order Filed on December 8, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Recommended Local Form:  ☐ Followed  ☒ Modified

## AMENDED ORDER VACATING STAY AND CO-DEBTOR STAY

The relief set forth on the following page is hereby ORDERED.

**DATED: December 8, 2022**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the motion of PRA Receivables Management, LLC, as Servicer for Portfolio Recovery Associates, LLC, Assignee of Consumer Portfolio Services, Inc. ("PRA"), under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown,

IT IS HEREBY ORDERED that the automatic stay of the Bankruptcy Code 362(a) is vacated, terminated and/or annulled to permit the Movant to pursue the Movant's rights in the personal property described below to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.:

☐ Real Property more fully described as:

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

☒ Personal property more fully described as:

2015 NISSAN MURANO, VIN: 5N1AZ2MH4FN207276

It is further **ORDERED** that the movant may join the debtor(s) and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*