**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | John Worthy | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Georgina Worthy | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: _____ District of New Jersey _____

Case number (If known): 19-13736

☑ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules            12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No
☐ Yes.   Name of person _____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X /s/ John Worthy                                         X /s/ Georgina Worthy
Signature of Debtor 1                                     Signature of Debtor 2

Date 12/22/2022                                           Date 12/22/2022
      MM / DD / YYYY                                            MM / DD / YYYY