| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Stacey L. Mullen, Esquire<br>2091 N. Springdale Road - Suite 17<br>Cherry Hill, New Jersey, 08003<br>(856) 778-8677<br>Attorney for Debtor(s)<br>Stacey L. Mullen, Esquire (SLM-5588) | Order Filed on February 8, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>John and Georgina Worthy,<br><br>       Debtor | Case No.: 19-13736 (JNP)<br><br>Chapter 13<br><br>Hearing Date:<br><br>Judge: Jerrold N. Poslusny, Jr. |

### ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

 The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED**

**DATED: February 8, 2023**

*/s/ Jerrold N. Poslusny, Jr.*
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Case No.  19-13736 (JNP)
Order Granting Supplemental Chapter 13 Fees
Page 2

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

ORDERED that <u>Stacey L. Mullen</u>, the applicant, is allowed a fee of $ 600.00           for services rendered and expenses in the amount of $ 0.00     for a total of $ 600.00          . The allowance shall be payable:

  <u>XXXXX</u>  through the Chapter 13 plan as an administrative priority.

       outside the plan.

The debtor's monthly plan is modified to require a payment of <u>$641.00</u>  per month for <u> 13 </u> months to allow for payment of the aforesaid fee.

(Local Form 14 Rev. September 2002)

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-13736-JNP |
| John Worthy | Chapter 13 |
| Georgina Worthy | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 08, 2023 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 10, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + John Worthy, Georgina Worthy, 217 Stirrup Road, Logan Twp., NJ 08085-1440 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2023         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 8, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C. Nicholas | on behalf of Creditor MIDFIRST BANK bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Gary J. Zangerle | on behalf of Creditor Beckett Association Inc. zangerle@ZangerleLaw.comcastbiz.net |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Keri P. Ebeck | |

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 08, 2023 | Form ID: pdf903 | Total Noticed: 1 |

Keri P. Ebeck
    on behalf of Creditor Consumer Portfolio Services  Inc. KEBECK@BERNSTEINLAW.COM, jbluemle@bernsteinlaw.com

    on behalf of Creditor Regional Acceptance Corporation KEBECK@BERNSTEINLAW.COM  jbluemle@bernsteinlaw.com

Kevin Gordon McDonald
    on behalf of Creditor MIDFIRST BANK kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com

Matthew K. Fissel
    on behalf of Creditor Portfolio Recovery Associates  LLC, assignee of Consumer Portfolio Services, Inc. ("PRA"), by and th wbecf@brockandscott.com, matthew.fissel@brockandscott.com

Stacey L. Mullen
    on behalf of Joint Debtor Georgina Worthy slmullen@comcast.net

Stacey L. Mullen
    on behalf of Debtor John Worthy slmullen@comcast.net

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 12