# EXHIBIT B

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J.LBR 9004-1 |
| Denise Carlon, Esquire |
| KML Law Group, P.C. |
| 701 Market Street, Suite 5000 |
| Philadelphia, PA 19106 |
| Main Phone: 609-250-0700 |
| dcarlon@kmllawgroup.com |
| MidFirst Bank |

CASE NO. 19-13736 JNP
CHAPTER 13
Judge: Jerrold N. Poslusny Jr.

In re:

Georgina Worthy
John Worthy aka John A. Worthy aka John C. Worthy

## CERTIFICATE RE POST-PETITION PAYMENT HISTORY ON THE NOTE AND MORTGAGE DATED 05/26/2000

I, __Madison Graspo__, employed as __Vice President__ by MidFirst Bank, hereby certifies the following information:

Recorded on June 6, 2000 in Gloucester County, in Book 4324, at Page 078.
Property Address: 217 Stirrup Road, Logan Township NJ 08085.

Mortgage Holder: MidFirst Bank

Mortgagor(s)/ Debtor(s): Georgina Worthy, John Worthy aka John A. Worthy aka John C. Worthy

POST-PETITION PAYMENTS (Petition filed on February 24, 2019)

| Amount Due | Date pymt was due | How Pymt was Applied (mo/yr) | Amount Received | Date Pymt Rec'd | Suspense |
|---|---|---|---|---|---|
| colspan=5 | Agreed Order Entered 02/03/2022 | - |
| | | To Suspense | $1,165.51 | 02/09/2022 | $1,165.51 |
| $984.52 | 01/28/2022 | AO PMT 1/2 | From Suspense | 02/16/2022 | $180.99 |
| | | To Suspense | $1,165.51 | 02/23/2022 | $1,346.50 |
| $984.53 | 02/23/2022 | AO PMT 2/2 | From Suspense | 02/25/2022 | $361.97 |
| $1,165.51 | 03/01/2022 | | $1,165.51 | 06/30/2022 | $361.97 |
| $1,165.51 | 04/01/2022 | | $1,165.51 | 08/04/2022 | $361.97 |
| $1,165.51 | 05/01/2022 | | $1,165.51 | 08/31/2022 | $361.97 |
| colspan=5 | Loan Modification Included Payments up to 10/2022. | $361.97 |
| | | To Suspense | $803.54 | 10/20/2022 | $1,165.51 |
| $1,236.42 | 11/01/2022 | 11/2022 | $1,236.42 | 11/29/2022 | $1,165.51 |
| $1,165.51 | 12/01/2022 | 12/2022 (Short) | From Suspense | 01/24/2023 | $0.00 |
| $1,236.42 | 01/01/2023 | | $0.00 | | $0.00 |
| $1,236.42 | 02/01/2023 | | $0.00 | | $0.00 |
| $1,236.42 | 03/01/2023 | | $0.00 | | $0.00 |

| Total Due: $11,576.77 | Total Received: $7,867.51 | Arrears: $3,709.26 |

Continue on attached sheets if necessary.

Monthly payments past due: 3 mos. X $1,236.42
Arrears: $3,709.26

Each current monthly payment is comprised of:
    Principal and Interest:   $662.63
    R.E. Taxes:   $
    Insurance:   $
    Other:   $573.79   (Specify: Escrow)
    TOTAL   $1,236.42

If the monthly payment has changed during the pendency of the case, please explain (attach separate sheet(s) if necessary)
NOPC filed 8/28/2019 and effective 10/1/2019: $1,155.99
NOPC filed 8/13/2020 and effective 10/1/2020: $1,163.76
NOPC filed 8/16/2021 and effective 10/1/2021: $1,165.51
NOPC filed 11/17/2022 and effective 11/01/2022: $1,236.42

PRE-PETITION ARREARS: $13,054.95

I certify under penalty of perjury that the foregoing is true and correct.

Dated: 03/21/2023

Signature     Madison Graspo