**Caption in Compliance with D.N.J. LBR-9004-1**

| | |
|---|---|
| KML Law Group, P.C.<br>By: Denise Carlon Esquire<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>201-549-2363<br>Attorneys for Secured Creditor: MidFirst Bank | |
| In Re:<br>Georgina Worthy<br><br>John Worthy aka John A. Worthy aka John C. Worthy<br>　　　　　Debtor (s) | Case No:　　19-13736 JNP<br><br>Chapter:　　13<br><br>Judge:　　Jerrold N. Poslusny Jr. |

# CERTIFICATION OF SERVICE

1. I, Thomas Diruscio:

    ☐ Represent the _____ in the above-captioned matter.

    ☒ am the secretary/paralegal for Denise Carlon, who represents the Secured Creditor in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On 03/22/2023, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    - Certification of Default
    - Proposed Order
    - Exhibits
    - Certification of Service

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: 03/22/2023　　　　　　/S/Thomas Diruscio

| Name and Address of Party Served | Relation of Party to the Case | Mode of Service |
|---|---|---|
| Georgina Worthy<br>217 Stirrup Road<br>Logan Twp, NJ 08085<br><br>John Worthy aka John A. Worthy aka John C. Worthy<br>217 Stirrup Road<br>Logan Twp, NJ 08085 | Debtor (s) | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other<br>_____<br>(as authorized by the court *) |
| Stacey L. Mullen<br>Law Office of Stacey L. Mullen<br>2091 N Springdale Rd, Suite 17<br>Cherry Hill, NJ 08003 | Attorney for Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other<br>_____<br>(as authorized by the court *) |
| Isabel C. Balboa Esq.<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center -<br>535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002 | Chapter 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other<br>_____<br>(as authorized by the court *) |