Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−13736−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   John Worthy                                         Georgina Worthy
   aka John A. Worthy, aka John C. Worthy              217 Stirrup Road
   217 Stirrup Road                                    Logan Twp., NJ 08085
   Logan Twp., NJ 08085

Social Security No.:
   xxx−xx−3786                                         xxx−xx−8716

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on January 4, 2023.

On 4/27/2023 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date:              June 7, 2023
Time:              09:00 AM
Location:          4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

   Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: April 27, 2023
JAN: lgr

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-13736-JNP |
| John Worthy | Chapter 13 |
| Georgina Worthy | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Apr 27, 2023 | Form ID: 185 | Total Noticed: 42 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John Worthy, Georgina Worthy, 217 Stirrup Road, Logan Twp., NJ 08085-1440 |
| aty | + | Matthew Fissel, 8757 Red Oak Blvd., Suite 150, Charlotte, NC 28217-3977 |
| cr | + | Portfolio Recovery Associates, LLC, assignee of Co, 8245 Tournament Dr., Suite 330, Memphis, TN 38125-8898 |
| 518045719 | + | AWL, Inc., 2128 North 14th Street, Suite 1, #130, Ponca City, OK 74601-1831 |
| 518045709 | + | Consumer Portfolio Services, P.O. Box 57099, Irvine, CA 92619-7099 |
| 518045712 | #+ | Federal Loan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 518045724 | + | Golden Valley Lending, 635 East Highway 20 E., Upper Lake, CA 95485-8793 |
| 518045721 | + | Green Trust Cash, P.O. Box 340, Ft. Belknap Agency, Hays, MT 59527-0340 |
| 518045728 | + | Lexington National Ins. Corp., 11426 York Road, 2nd Floor, Cockeysville, MD 21030-1811 |
| 518045720 | + | Makes Cents, Inc., d/b/a Maxlend, P.O. Box 639, Parshall, ND 58770-0639 |
| 518045717 | + | New Jersey American Water, P.O. Box 371331, Pittsburgh, PA 15250-7331 |
| 518045710 | + | Nona Ostrove, Esquire, 1020 Laurel Oak Road, Suite 100, Voorhees, NJ 08043-3518 |
| 518045714 | + | State of NJ - Dept. of Labor, P.O. Box 951, Trenton, NJ 08625-0951 |
| 518165810 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 27 2023 20:39:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 27 2023 20:39:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518045726 | + | Email/Text: bruder@abcbail.com | Apr 27 2023 20:39:00 | ABC Bail Bonds, 215 West Bridge Street, Morrisville, PA 19067-7118 |
| 518045716 | + | Email/Text: bankruptcy@pepcoholdings.com | Apr 27 2023 20:39:00 | Atlantic City Electric, P.O. Box 13610, Philadelphia, PA 19101-3610 |
| 518045722 | | Email/Text: fwdbctl@spotloan.com | Apr 27 2023 20:38:30 | Spotloan c/o Blue Chip Financial, P.O. Box 720, Belcourt, ND 58316 |
| 518045725 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 27 2023 20:42:35 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 518045718 | + | Email/Text: documentfiling@lciinc.com | Apr 27 2023 20:38:00 | Comcast, P.O. Box 70219, Philadelphia, PA 19176-0219 |
| 518045727 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 27 2023 20:42:36 | Conseco Finance Servicing, 332 Minnesota Street, |

Case 19-13736-JNP   Doc 152   Filed 04/29/23   Entered 04/30/23 00:15:03   Desc
Imaged Certificate of Notice   Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 27, 2023 | Form ID: 185 | Total Noticed: 42 |

| | | | | |
|---|---|---|---|---|
| | | | | Suite 600, St. Paul, MN 55101-7707 |
| 518045709 | ^ | MEBN | Apr 27 2023 20:34:23 | Consumer Portfolio Services, P.O. Box 57099, Irvine, CA 92619-7099 |
| 518045729 | + | Email/Text: bnc-bluestem@quantum3group.com | Apr 27 2023 20:39:00 | Fingerhut, 6250 Ridgewood Road, St. Cloud, MN 56303-0820 |
| 518141493 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 27 2023 20:39:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518077845 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 27 2023 20:42:38 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518221357 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Apr 27 2023 20:42:26 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 518045730 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 27 2023 20:39:00 | Midland Credit Management, P.O. Box 51319, Los Angeles, CA 90051-5619 |
| 518045705 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Apr 27 2023 20:42:43 | Midland Mortgage, P.O. Box 26648, Oklahoma City, OK 73126-0648 |
| 518123957 | + | Email/Text: csc.bankruptcy@amwater.com | Apr 27 2023 20:39:00 | New Jersey American Water, P.O. Box 578, Alton, IL 62002-0578 |
| 518045723 | + | Email/Text: bankruptcy@ldf-holdings.com | Apr 27 2023 20:39:00 | Niswi, LLC, d/b/a Amplify Funding, P.O. Box 542, Lac du Flambeau, WI 54538-0542 |
| 518790872 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 27 2023 20:42:29 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518790873 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 27 2023 20:42:37 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518045711 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 27 2023 20:42:45 | Premier Bank Card, P.O. Box 5524, Sioux Falls, SD 57117-5524 |
| 518139050 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 27 2023 20:39:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518045708 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Apr 27 2023 20:42:39 | Regional Acceptance Corp., P.O. Box 830913, Birmingham, AL 35283-0913 |
| 518119703 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Apr 27 2023 20:42:39 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 518047035 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 27 2023 20:42:35 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518069392 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 27 2023 20:42:46 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518045707 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Apr 27 2023 20:42:29 | US Dept of HUD, 451 7th Street S.W., Washington, DC 20410-0001 |
| 519851276 | + | Email/Text: EBN@edfinancial.com | Apr 27 2023 20:38:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 518193617 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 27 2023 20:42:29 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518045715 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 27 2023 20:38:00 | Verizon Wireless, P.O. Box 25505, Lehigh Valley, PA 18002-5505 |

TOTAL: 29

## BYPASSED RECIPIENTS

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 27, 2023 | Form ID: 185 | Total Noticed: 42 |

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519281714 | | Beckett Association, Inc. |
| 518045713 | ##+ | Credit Adjustments, Inc., 330 Florence Street, Defiance, OH 43512-2512 |
| 518045706 | ##+ | KML Law Group, 216 Haddon Avenue, Suite 406, Westmont, NJ 08108-2812 |

TOTAL: 1 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2023         Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian C. Nicholas | on behalf of Creditor MIDFIRST BANK bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Gary J. Zangerle | on behalf of Creditor Beckett Association Inc. zangerle@ZangerleLaw.comcastbiz.net |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Keri P. Ebeck | on behalf of Creditor Consumer Portfolio Services Inc. KEBECK@BERNSTEINLAW.COM, jbluemle@bernsteinlaw.com |
| Keri P. Ebeck | on behalf of Creditor Regional Acceptance Corporation KEBECK@BERNSTEINLAW.COM jbluemle@bernsteinlaw.com |
| Kevin Gordon McDonald | on behalf of Creditor MIDFIRST BANK kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Matthew K. Fissel | on behalf of Creditor Portfolio Recovery Associates LLC, assignee of Consumer Portfolio Services, Inc. ("PRA"), by and th wbecf@brockandscott.com, matthew.fissel@brockandscott.com |
| Stacey L. Mullen | on behalf of Joint Debtor Georgina Worthy slmullen@comcast.net |
| Stacey L. Mullen | on behalf of Debtor John Worthy slmullen@comcast.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 12