Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−13736−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| John Worthy<br>aka John A. Worthy, aka John C. Worthy<br>217 Stirrup Road<br>Logan Twp., NJ 08085 | Georgina Worthy<br>217 Stirrup Road<br>Logan Twp., NJ 08085 |

Social Security No.:
xxx−xx−3786                                              xxx−xx−8716

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on July 19, 2023.

Dated: July 19, 2023
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 19-13736-JNP
John Worthy  Chapter 13
Georgina Worthy
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3
Date Rcvd: Jul 19, 2023      Form ID: plncf13      Total Noticed: 42

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John Worthy, Georgina Worthy, 217 Stirrup Road, Logan Twp., NJ 08085-1440 |
| aty | + | Matthew Fissel, 8757 Red Oak Blvd., Suite 150, Charlotte, NC 28217-3977 |
| cr | + | Portfolio Recovery Associates, LLC, assignee of Co, 8245 Tournament Dr., Suite 330, Memphis, TN 38125-8898 |
| 518045719 | + | AWL, Inc., 2128 North 14th Street, Suite 1, #130, Ponca City, OK 74601-1831 |
| 518045712 | + | Federal Loan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 518045724 | + | Golden Valley Lending, 635 East Highway 20 E., Upper Lake, CA 95485-8793 |
| 518045721 | + | Green Trust Cash, P.O. Box 340, Ft. Belknap Agency, Hays, MT 59527-0340 |
| 518045728 | + | Lexington National Ins. Corp., 11426 York Road, 2nd Floor, Cockeysville, MD 21030-1811 |
| 518045720 | + | Makes Cents, Inc., d/b/a Maxlend, P.O. Box 639, Parshall, ND 58770-0639 |
| 518045710 | + | Nona Ostrove, Esquire, 1020 Laurel Oak Road, Suite 100, Voorhees, NJ 08043-3518 |
| 518045714 | + | State of NJ - Dept. of Labor, P.O. Box 951, Trenton, NJ 08625-0951 |
| 518165810 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 19 2023 21:00:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 19 2023 21:00:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518045726 | + | Email/Text: bruder@abcbail.com | Jul 19 2023 21:00:00 | ABC Bail Bonds, 215 West Bridge Street, Morrisville, PA 19067-7118 |
| 518045716 | + | Email/Text: bankruptcy@pepcoholdings.com | Jul 19 2023 21:00:00 | Atlantic City Electric, P.O. Box 13610, Philadelphia, PA 19101-3610 |
| 518045722 | | Email/Text: fwdbctl@spotloan.com | Jul 19 2023 20:59:28 | Spotloan c/o Blue Chip Financial, P.O. Box 720, Belcourt, ND 58316 |
| 518045725 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 19 2023 21:17:54 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 518045718 | + | Email/Text: documentfiling@lciinc.com | Jul 19 2023 20:59:00 | Comcast, P.O. Box 70219, Philadelphia, PA 19176-0219 |
| 518045727 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 19 2023 21:17:34 | Conseco Finance Servicing, 332 Minnesota Street, Suite 600, St. Paul, MN 55101-7707 |
| 518045709 | ^ | MEBN | Jul 19 2023 20:59:04 | Consumer Portfolio Services, P.O. Box 57099, Irvine, CA 92619-7099 |
| 518045729 | + | Email/Text: bnc-bluestem@quantum3group.com | | |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jul 19 2023 21:00:00 | Fingerhut, 6250 Ridgewood Road, St. Cloud, MN 56303-0820 |
| 518141493 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 19 2023 21:00:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518077845 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 19 2023 21:17:26 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518221357 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jul 19 2023 21:18:58 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 518045730 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 19 2023 21:00:00 | Midland Credit Management, P.O. Box 51319, Los Angeles, CA 90051-5619 |
| 518045705 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jul 19 2023 21:18:28 | Midland Mortgage, P.O. Box 26648, Oklahoma City, OK 73126-0648 |
| 518123957 | + | Email/Text: csc.bankruptcy@amwater.com | Jul 19 2023 21:00:00 | New Jersey American Water, P.O. Box 578, Alton, IL 62002-0578 |
| 518045717 | + | Email/Text: csc.bankruptcy@amwater.com | Jul 19 2023 21:00:00 | New Jersey American Water, P.O. Box 371331, Pittsburgh, PA 15250-7331 |
| 518045723 | + | Email/Text: bankruptcy@ldf-holdings.com | Jul 19 2023 21:00:00 | Niswi, LLC, d/b/a Amplify Funding, P.O. Box 542, Lac du Flambeau, WI 54538-0542 |
| 518790872 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 19 2023 21:19:12 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518790873 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 19 2023 21:17:45 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518045711 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jul 19 2023 21:04:44 | Premier Bank Card, P.O. Box 5524, Sioux Falls, SD 57117-5524 |
| 518139050 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 19 2023 21:00:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518045708 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Jul 19 2023 21:19:20 | Regional Acceptance Corp., P.O. Box 830913, Birmingham, AL 35283-0913 |
| 518119703 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Jul 19 2023 21:19:20 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 518047035 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 19 2023 21:19:14 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518069392 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 19 2023 21:05:44 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518045707 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Jul 19 2023 21:18:18 | US Dept of HUD, 451 7th Street S.W., Washington, DC 20410-0001 |
| 519851276 | + | Email/Text: EBN@edfinancial.com | Jul 19 2023 20:59:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 518193617 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 19 2023 21:18:05 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518045715 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jul 19 2023 20:59:00 | Verizon Wireless, P.O. Box 25505, Lehigh Valley, PA 18002-5505 |

TOTAL: 30

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID  | Bypass Reason | Name and Address |
|-----------|---------------|------------------|
| 519281714 |               | Beckett Association, Inc. |
| 518045713 | ##+           | Credit Adjustments, Inc., 330 Florence Street, Defiance, OH 43512-2512 |
| 518045706 | ##+           | KML Law Group, 216 Haddon Avenue, Suite 406, Westmont, NJ 08108-2812 |

TOTAL: 1 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2023                Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2023 at the address(es) listed below:

| Name | Email Address |
|------|---------------|
| Brian C. Nicholas | on behalf of Creditor MIDFIRST BANK bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Gary J. Zangerle | on behalf of Creditor Beckett Association  Inc. zangerle@ZangerleLaw.comcastbiz.net |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Keri P. Ebeck | on behalf of Creditor Consumer Portfolio Services  Inc. KEBECK@BERNSTEINLAW.COM, jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Keri P. Ebeck | on behalf of Creditor Regional Acceptance Corporation KEBECK@BERNSTEINLAW.COM jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Kevin Gordon McDonald | on behalf of Creditor MIDFIRST BANK kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Matthew K. Fissel | on behalf of Creditor Portfolio Recovery Associates  LLC, assignee of Consumer Portfolio Services, Inc. ("PRA"), by and th wbecf@brockandscott.com, matthew.fissel@brockandscott.com |
| Stacey L. Mullen | on behalf of Joint Debtor Georgina Worthy slmullen@comcast.net |
| Stacey L. Mullen | on behalf of Debtor John Worthy slmullen@comcast.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 12