Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19–13736–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

John Worthy
aka John A. Worthy, aka John C. Worthy
217 Stirrup Road
Logan Twp., NJ 08085

Georgina Worthy
217 Stirrup Road
Logan Twp., NJ 08085

Social Security No.:
xxx–xx–3786

xxx–xx–8716

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:           August 15, 2023
Time:           11:00 AM
Location:       4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*167* – Certification in Opposition to (related document:164 Creditor's Certification of Default (related document:23 Motion for Relief from Stay re: 217 Stirrup Road, Logan Township, PA. 08085, Gloucester. Fee Amount $ 181. filed by Creditor MIDFIRST BANK, 154 Order Resolving Creditor's Certification of Default) filed by Denise E. Carlon on behalf of MIDFIRST BANK. Objection deadline is 08/2/2023. (Attachments: # 1 Exhibit A – Court Order # 2 Exhibit B – Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) filed by Creditor MIDFIRST BANK) filed by Stacey L. Mullen on behalf of Georgina Worthy, John Worthy. (Mullen, Stacey)

and transact such other business as may properly come before the meeting.


Dated: July 25, 2023
JAN: lgr

Jeanne Naughton
Clerk