Form 173 − hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−13736−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

John Worthy
aka John A. Worthy, aka John C. Worthy
217 Stirrup Road
Logan Twp., NJ 08085

Georgina Worthy
217 Stirrup Road
Logan Twp., NJ 08085

Social Security No.:
xxx−xx−3786     xxx−xx−8716

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:         February 16, 2024
Time:         10:00 AM
Location:     4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*177* − Certification in Opposition to (related document:176 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Andrew B Finberg. Objection deadline is 01/19/2024. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Andrew B Finberg) filed by Stacey L. Mullen on behalf of Georgina Worthy, John Worthy. (Mullen, Stacey)

and transact such other business as may properly come before the meeting.


Dated: January 8, 2024
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 19-13736-JNP
John Worthy  Chapter 13
Georgina Worthy
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 2
Date Rcvd: Jan 08, 2024    Form ID: 173    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2024:**

**Recip ID**     **Recipient Name and Address**
db/jdb     + John Worthy, Georgina Worthy, 217 Stirrup Road, Logan Twp., NJ 08085-1440

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2024     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 8, 2024 at the address(es) listed below:

**Name**     **Email Address**

Andrew B Finberg
    on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com

Andrew B Finberg
    ecfmail@standingtrustee.com

Brian C. Nicholas
    on behalf of Creditor MIDFIRST BANK bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com

Denise E. Carlon
    on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Gary J. Zangerle
    on behalf of Creditor Beckett Association  Inc. zangerle@ZangerleLaw.comcastbiz.net

Isabel C. Balboa

on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Keri P. Ebeck
on behalf of Creditor Consumer Portfolio Services  Inc. KEBECK@BERNSTEINLAW.COM, btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Keri P. Ebeck
on behalf of Creditor Regional Acceptance Corporation KEBECK@BERNSTEINLAW.COM btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Kevin Gordon McDonald
on behalf of Creditor MIDFIRST BANK kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com

Matthew K. Fissel
on behalf of Creditor Portfolio Recovery Associates  LLC, assignee of Consumer Portfolio Services, Inc. ("PRA"), by and th wbecf@brockandscott.com, matthew.fissel@brockandscott.com

Stacey L. Mullen
on behalf of Joint Debtor Georgina Worthy slmullen@comcast.net

Stacey L. Mullen
on behalf of Debtor John Worthy slmullen@comcast.net

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 13