**Stacey L. Mullen, Esquire**
**2091 N. Springdale Road**
**Suite 17**
**Cherry Hill, NJ  08003**
**Tel./Fax (856) 778-8677**

January 15, 2024

The Honorable Jerrold N. Poslusny, Jr.
Mitchell H. Cohen U.S. Courthouse
401 Market Street
Camden, NJ 08101

       RE:    John and Georgina Worthy
                 Case No. 19-13736

Dear Judge Poslusny, Jr.:

      Please withdraw Debtors' opposition to the above motion, filed under document number 177. Debtors do not have any funds to cure the arrears.

      Thank you.

                                                       Very truly yours,

                                                       /s/ Stacey L. Mullen, Esquire
                                                       Stacey L. Mullen, Esquire