Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  19–13736–JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| John Worthy | Georgina Worthy |
| aka John A. Worthy, aka John C. Worthy | 217 Stirrup Road |
| 217 Stirrup Road | Logan Twp., NJ 08085 |
| Logan Twp., NJ 08085 | |

Social Security No.:
    xxx–xx–3786                               xxx–xx–8716

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Andrew B Finberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>April 10, 2024</u>                    Jerrold N. Poslusny Jr.
                                               Judge, United States Bankruptcy Court